United States District Court

Eastern District of California

Glenn T. Mason,

      Plaintiff,

vs.

M. Sandham, et al.,

      Defendants.

No. Civ. S 04-1123 FCD PAN P

Findings and Recommendations

-oOo-

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel.  March 17, 2005, the court dismissed plaintiff's claims against defendant Gender pursuant to 28 U.S.C. § 1915A, with leave to amend.  The court informed plaintiff he could proceed against defendants Sandham, Wilson, Stoval, James, Barron, Runnel, Jackson, Hlusak and Roche by submitting materials for service within 15 days, but the court would construe his election so to proceed as consent to dismissal of his claims against defendant Gender without leave to amend.

April 4 and 5, 2005, plaintiff submitted materials for service of defendants Sandham, Wilson, Stoval, James, Barron, Runnel, Jackson, Hlusak and Roche.  I find plaintiff has consented to dismissal of claims against defendant Gender without leave to amend.

Accordingly, the court hereby recommends that claims against defendant Gender be dismissed without prejudice.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case.  Written objections may be filed within 20 days of service of these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated: May 31, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

2