United States District Court

Eastern District of California

Glenn T. Mason,

        Plaintiff,                    No. Civ. S 04-1123 FCD PAN P

  vs.                               Order

M. Sandham, et al.,

        Defendants.

-oOo-

   Good cause appearing, the court hereby orders that:

   1. The June 1, 2005, findings and recommendations are vacated.

   2. Plaintiff's May 27 and June 16, 2005, motions to amend are denied because plaintiff fails to submit an amended pleading complete in itself to present all claims. Plaintiff may amend as of right before any defendant serves a responsive pleading. Fed. R. Civ. P. 15(a). Amended pleading will supersede prior pleading.

1   Dated: June 21, 2005.

```
                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge
```