United States District Court

Eastern District of California

Glenn T. Mason,

       Plaintiff,                            No. Civ. S 04-1123 FCD PAN P

   vs.                                     Order

M. Sandham, et al.,

       Defendants.

-oOo-

July 7, 2005, plaintiff filed a request for production of documents. Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250( c). Plaintiff must serve his discovery on defendants.

July 14, 2005, plaintiff requested appointment of counsel.

His request is denied for reasons explained in the court's March 17, 2005, order denying counsel.

Accordingly, the court hereby orders that:

1. Plaintiff's July 7, 2005, request for production of documents is stricken and the clerk of the court shall make a notation thereon to that effect.

2. Plaintiff's July 14, 2005, request for counsel is denied.

Dated: July 19, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge