United States District Court

Eastern District of California

Glenn T. Mason,

    Plaintiff,                    Civ. No. S 04-1123 FCD PAN P

  vs.                         Order on Request for Counsel

M. Sandham, et al.,

    Defendants.

                           -oOo-

    July 14, 2005, plaintiff requested appointment of counsel. His request is denied for reasons explained in the court's March 17, 2005, order.

    So ordered.

    Dated:  July 28, 2005.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge