United States District Court

Eastern District of California

Glenn T. Mason,

       Plaintiff,　　　　　　　　　　No. Civ. S 04-1123 FCD PAN P

  vs.　　　　　　　　　　　　　　Order

M. Sandham, et al.,

       Defendants.

-oOo-

    The court's June 28, 2005, order required discovery responses within 45 days after service of a discovery request.

    August 25, 2005, plaintiff filed a motion, signed July 18, 2005, for an order compelling responses to discovery served July 10, 2005.

    Defendants opposed the motion to compel September 6, 2005, submitting evidence they timely responded to discovery August 19, 2005.  Plaintiff did not reply.  The motion to compel is moot.

    June 20, 2005, plaintiff moved for leave to amend the

1  complaint but did not submit a proposed amended complaint.
2       August 31 and September 28, 2005, plaintiff moved to appoint
3  counsel.  I will not appoint counsel for reasons explained in my
4  March 17, 2005, order.
5       Accordingly, the court hereby orders that:
6       1.  Plaintiff's August 25, 2005, motion to compel is denied.
7       2.  Plaintiff's June 20, 2005, motion to amend is denied.
8       3.  Plaintiff's August 31 and September 28, 2005, motions to
9  appoint counsel are denied.
10      Dated:  December 27, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge