1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Suite 290
2  Sacramento, CA 95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  KATHLEEN J. WILLIAMS, CSB 127021
   ERICK C. TURNER, CSB 236186
5

6  Attorneys for defendants
   REBECCA WILSON, R.N., GLENN JAMES, M.D.,
7  DL RUNNELS, DANETTE JACKSON, CCII, STEVEN ROCHE, M.D.,
   RANDALL STOVALL, MTA and MARTIN HLUSAK, O.D.
8

9                          **UNITED STATES DISTRICT COURT**

10                          **EASTERN DISTRICT OF CALIFORNIA**

11 | GLENN T. MASON,              ) | CASE NO: CIV-S-04-1123 FCD PAN (JFM) P
                                  )
12 |          Plaintiff,          ) | **STIPULATION FOR DISMISSAL OF**
                                  ) | **DEFENDANT REBECCA WILSON, R.N.**
13 | v.                           )
                                  )
14 | M. SANDHAM, et al.           )
                                  )
15 |          Defendants.         )
                                  )
16                                )
                                  )
17 | _____ )

18  ///

19  ///

20  ///

21

22

23

24

25

26

27

28  *Mason v. Sandham* [CIV-S-04-1123 FCD PAN (JFM P]/Stipulation for Dismissal of Rebecca Wilson          Page 1

1  IT IS HEREBY STIPULATED by and between the parties to this action that
2  defendant REBECCA WILSON, R.N. be and hereby is, dismissed with prejudice, from
3  the above-captioned action, pursuant to FRCP 41(a)(1), each side to bear its own
4  costs and attorneys' fees.

5

6  Dated: 4/19/06    /s/ "Glenn T. Mason" original signature retained by counsel
                    GLENN T. MASON, plaintiff, pro per
7

8

9                    WILLIAMS & ASSOCIATES

10

11 Dated: 4/20/06    By: /s/ ERICK C. TURNER
                    ERICK C. TURNER, CSB 236186
12                  Attorneys for defendants
                    REBECCA WILSON, R.N., GLENN JAMES,
13                  M.D., DL RUNNELS, DANETTE JACKSON,
                    CCII, STEVEN ROCHE, M.D., RANDALL
14                  STOVALL, MTA and MARTIN HLUSAK, O.D.

15

16 **IT IS SO ORDERED**
17

18
   Dated: May 5, 2006    /s/ Frank C. Damrell Jr.
19                       JUDGE, UNITED STATES
                         DISTRICT COURT
20

# PROOF OF SERVICE BY MAIL

Case :       *Mason v. Sandham*, et al.
Case #:      CIV-S-04-1123 FCD PAN (JFM) P
Court :      USDC, Eastern District of California

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1250 Sutterville Road, Suite 290, Sacramento, California 95822. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with WILLIAMS & ASSOCIATES' practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

I certify that May 5, 2006, pursuant to F.R.C.P. 5(b), I deposited in the United States mail, postage prepaid, a true copy of the document entitled:

**STIPULATION FOR DISMISSAL OF DEFENDANT REBECCA WILSON, R.N.**

and addressed as follows:

**LEGAL DOCUMENTS ENCLOSED**
Glenn T. Mason J-96146
FOLSOM STATE PRISON
PO Box 71
Represa, CA 95671

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

DATED: May 5, 2006

By:  /s/ Susan Joyce Olsson
         SUSAN JOYCE OLSSON