IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN T. MASON,

      Plaintiff,                   No. CIV S-04-1123 FCD EFB P

   vs.

M. SANDHAM, et al.,

      Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 31, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within 14 days. Plaintiff filed objections on October 22, 2007, to which defendants filed a reply on October 25, 2007.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2007, are adopted in full;

2. Defendant Hlusak's October 8, 2006, motion for summary judgment is granted;

3. Defendants Roche and James' October 8, 2006, motion for summary judgment is granted;

4. Defendant Stovall's September 7, 2006, motion for summary judgment is granted;

5. Plaintiff's September 15, 2006, motion for summary judgment is denied;

6. Defendant Baron is dismissed from this action; and

7. The Clerk of the Court is directed to close this case.

DATED: November 9, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE