IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN T. MASON,

        Plaintiff,                  No. CIV S-04-1123 FCD EFB P

    vs.

M. SANDHAM, et al.,

        Defendants.          <u>ORDER</u>

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve notice of appeal. *See* Fed. R. App. P. 4.

      Plaintiff's November 21, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve his notice of appeal from the district court's judgment.

      So ordered.

Dated: November 27, 2007.

                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE